NIES, Circuit Judge,
concurring.
I join in the dismissal of the appeal of Count I for the reasons stated in the majority opinion. With respect to Count II, the order denying the Government’s motion to dismiss is in favor of the Tribe. Regardless of the reasons stated for that decision, the Tribe is not aggrieved by the order and, therefore, may not appeal under any theory. Chouinard v. Chouinard, 568 F.2d 430 (5th Cir.1978); 9 J. Moore, B. Ward & J. Lucas, Moore’s Federal Practice ¶ 203.06 (2d ed. 1982). See also AT & T v. USITC, 626 F.2d 841 (Cust. & Pat.App.1980); Krupp International, Inc. v. USITC, 626 F.2d 843 (Cust. & Pat.App.1980); In re Loehr, 500 F.2d 1390, 183 USPQ 56 (Cust. & Pat.App.1974); In re Willis, 455 F.2d 1060, 172 USPQ 667 (Cust. & Pat.App.1972); In re Reese, 359 F.2d 462, 149 USPQ 362 (Cust. & Pat.App.1966).